THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT SMITH, Respondent, v NEW YORK STATE BOARD OF PAROLE et al., Appellants.—In a habeas corpus proceeding, the appeal is from a judgment of the Supreme

Court, Dutchess County, dated September 28, 1976, which, *inter alia,* directed petitioner's restoration to parole status. Appeal dismissed as academic, without costs or disbursements. It appears that petitioner was released from parole supervision on January 18, 1977. Hopkins, J. P., Rabin, Hawkins and O'Connor, JJ., concur.